```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MARTIN DEKOM, KENNETH JACOBY, and
ROBERT PENDLETON,
                                        ORDER
                    Plaintiffs,         12-CV-1318(JS)(ARL)

        -against-

NEW YORK, ANDREW CUOMO, Governor,
ERIC SCHNEIDERMAN, Attorney General,
NEW YORK STATE BOARD OF ELECTIONS,
JAMES WALSH, Commissioner, EVELYN
AQUILA, Commissioner, DOUGLAS KELLNER,
Commissioner, GREGORY P. PETERSON,
Commissioner, NASSAU COUNTY BOARD OF
ELECTIONS, LOUIS SAVINETTI, Republican
Commissioner, and WILLIAM BIAMONTE,
Democratic Commissioner,

                    Defendants.
----------------------------------X
APPEARANCES

For Plaintiffs:
Martin Dekom        Martin Dekom, pro se
                    34 High Street
                    Manhasset, NY 11030

Kenneth Jacoby      Kenneth Jacoby, pro se
                    3016 Roxbury Road
                    Oceanside, NY 11572

Robert Pendleton    Robert Pendleton, pro se
                    2895 Charlotte Drive
                    Merrick, NY 11566

For Defendants:     Ralph Pernick, Esq.
                    New York State Attorney General's Office
                    200 Old Country Road, Suite 240
                    Mineola, NY 11501

SEYBERT, District Judge:

        Presently   pending   before   the   Court   is   pro   se
```

Plaintiffs' request for "CM/ECF access." Plaintiffs' request is DENIED with leave to refile for two reasons.

First, the request does not contain Plaintiffs' signatures. See Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper shall be signed by at least one attorney of record . . . or, if the party is not represented by an attorney, shall be signed by the party.") Since a non-attorney pro se may not represent another's interests, see Iannacone v. Law, 142 F.3d 553, 558 (2d Cir. 1998), each Plaintiff must sign any future requests, pleadings, or papers submitted on their behalf.

Second, it is unclear what Plaintiffs mean by "CM/ECF privilege." The Court will not grant Plaintiffs the ability to file documents electronically. However, the Court would entertain a properly filed request to have Plaintiffs' email addresses added to the docket so that they receive electronic notification of future filings (as opposed to service via first class mail).

The Clerk of the Court is directed to mail a copy of this Order to the pro se Plaintiffs.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:   April __20__, 2012
         Central Islip, NY